USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

167 LLC,

                Plaintiff,

      - against -

T-MOBILE USA, INC.,

                Defendant.

---

**25 Civ. 5083 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Plaintiff originally brought this action in New York State Supreme Court, County of Bronx. (See Dkt. No. 1-1.) Defendant removed this action to the Southern District of New York on June 17, 2025. (See Dkt. No. 1.) Defendant filed an Answer to the Complaint on June 18, 2025. (See Dkt. No. 8.)

    The parties are hereby directed to submit a joint letter within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a proposed Case Management Plan that provides that discovery is to be completed within four (4) months unless otherwise permitted by the Court. A model Case

Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:     23 June 2025
           New York, New York

                                    _____
                                    Victor Marrero
                                    U.S.D.J.