**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2026

---

167 LLC,

                Plaintiff,

        - against -

T-MOBILE USA, Inc.,

                Defendants.

**25-cv-05083 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of a May 22, 2026, letter from Defendant T-Mobile USA, Inc. ("T-Mobile") requesting a thirty-day adjournment of Plaintiff 167 LLC's Rule 30(b)(6) deposition, currently scheduled for May 29, 2026, to June 30, 2026. (See Dkt. No. 22.)

The Court directs 167 LLC to respond to T-Mobile's letter by May 27, 2026.

**SO ORDERED.**

Dated:    26 May 2026
          New York, New York

                                Victor Marrero
                                U.S.D.J.