**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

167 LLC,

                        Plaintiff,

           -against-

T-MOBILE USA, INC.,

                       Defendant.

-------------------------------------------------------------------X

**25-CV-05083 (VM) (VF)**

**ORDER SCHEDULING**
**CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A discovery conference to address the issues raised at ECF Nos. 28-29 is hereby scheduled for **Tuesday, July 28, 2026 at 11:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [512 067 362# ].**

      Defendant provided a letter that was sent to opposing counsel to outline the position of the parties on respective issues. See ECF No. 28-1. Pursuant to the Court's Individual Rules, Defendant is directed to file a letter detailing Defendant's discovery issues by **July 7, 2026**. Plaintiff is directed to file a response to the letter by **July 21, 2026**. Defendant is directed to file a response to Plaintiff's letter at ECF No. 29 by **July 21, 2026**.

      **SO ORDERED.**

DATED:    New York, New York
          June 8, 2026

                                        _____
                                      VALERIE FIGUEREDO
                                      United States Magistrate Judge